UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Philadelphia Indemnity Insurance Company,<br><br>Plaintiff(s),<br><br>v.<br><br>Life Safety Fire Protection, Inc. et al,<br><br>Defendant(s). | Civil Action No. 2:23–cv–641 |

## **ORDER**

On or before December 29, 2023, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 18th day of December 2023.

/s/ *Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge