```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
                                                           FILED
                                                    2024 MAY 23  AM 10:53

                                                    BY _____
                                                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY**<br><br>**Plaintiff**<br><br>v.<br><br>**LIFE SAFETY FIRE PROTECTION, INC., HAMPSHIRE FIRE PROTECTION CO., LLC, PC CONSTRUCTION, LLC and SOUTHERN VERMONT SPRINKLER SERVICES, INC.**<br><br>**Defendants** | CIVIL ACTION<br><br>NO. 2:23-CV-641 |

## STIPULATION TO SET ASIDE DEFAULT

AND NOW, this 22nd day of May, 2024, plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff"), and defendant Hampshire Fire Protection Co. ("Defendant"), by their respective undersigned counsel, **STIPULATE AS FOLLOWS**:

1. The Clerk's Entry of Default (Doc. No. 31) as to Defendant is **SET ASIDE**;

2. Plaintiff's Application for Default Judgment against Defendant (Doc. No. 32) is **WITHDRAWN**; and

3. Defendant shall answer the Amended Complaint (Doc. No. 20)—and shall not file a motion under Federal Rule of Civil Procedure 12—on or before June 7, 2024.

[SIGNATURES ON NEXT PAGE]

The Plaintiff,
Philadelphia Indemnity Insurance Company

By its attorney,

/s/Jeffrey M. Zielinski
Jeffrey M. Zielinski, Esquire (pro hac vice)
Thaddeus S. Kirk, Esquire (pro hac vice)
de Luca Levine, LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
Ph. 215-383-0081
F. 215-383-0082
jzielinski@delucalevine.com
tkirk@delucalevine.com

Jason E. Cohn, Esquire
COHN, RIOS & WHOLLEY
Two Center Plaza, 8th Floor
Boston, MA 02108
617-723-1720
617-557-5677 (fax)
jec@cohnrioswholley.com


The Defendant,
Hampshire Fire Protection Co.

By its attorney,

/s/ Matthew D. Preedom
Matthew D. Preedom, Esq.
Mark F. Werle, Esq.
RYAN, SMITH & CARBINE, LTD.
P.O. Box 310
98 Merchants Row
Rutland, Vermont 05702-0310
(802) 786-1000
mdp@rsclaw.com
mfw@rsclaw.com

**SO ORDERED**, this 23rd day of May, 2024:

Hon. Christina Reiss
United States District Judge

2