U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 NOV 22 AM 9:31

CLERK
BY _____LAW_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br><br>**Plaintiff**<br><br>v.<br><br>LIFE SAFETY FIRE PROTECTION, INC., HAMPSHIRE FIRE PROTECTION CO., LLC, PC CONSTRUCTION, LLC and SOUTHERN VERMONT SPRINKLER SERVICES, INC.<br><br>**Defendants** | CIVIL ACTION<br><br>NO. 2:23-CV-641 |

## ORDER

AND NOW, this **21st** day of **November**, 2024, upon consideration of the Stipulation to File Second Amended Complaint (the "Stipulation"), it is **ORDERED** that plaintiff Philadelphia Indemnity Insurance Company shall be permitted to file the Second Amended Complaint attached as Exhibit "A" to the Stipulation and that the Second Amended Complaint shall be deemed filed as of the date of the Stipulation. It is further **ORDERED** that all defendants shall answer the Second Amended Complaint within fourteen (14) days of this Order.

_____
Hon. Christina Reiss
Chief United States District Judge